

**FILED**

MAY 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **5 : 2 6 CR 0 0 2 3 2** |
| | ) | CASE NO. |
| MARTIN S. MAIN, II, | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | **JUDGE CALABRESE** |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about February 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant MARTIN S. MAIN, II, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Trafficking in Drugs and Possession of a Fentanyl Related Compound, in case number CR-2021-10-3766, in the Summit County Court of Common Pleas, on or about September 19, 2022; Aggravated Possession of Drugs, in case number CR-2019-04-1251-A, in the Summit County Court of Common Pleas, on or about September 18, 2019; Domestic Violence, in case number 2018 CRC-1 000719, in the Wayne County Court of Common Pleas, on or about November 6, 2019; and Domestic Violence, in case number 2018 CRC-1 000762, in the Wayne County Court or Common Pleas, on or about November 6, 2019, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus G2C 9mm pistol bearing serial number TLU70520, and

ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant MARTIN S. MAIN, II shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Count 1; including, but not limited to, the following: a Taurus G2C pistol, serial number TLU70520, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.